FILED

Aug 25 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: Master Jury Wheels

**ORDER CREATING
2022 MASTER JURY WHEELS**

22-mc-80223

Pursuant to the Juror Management Plan for the Northern District of California (General Order 6), IT IS HEREBY ORDERED that on or around August 25, 2022, the Clerk of the Court shall randomly select the following number of names to initially fill the 2022 Master Jury Wheels:

| | |
|---|---|
| From counties comprising the San Francisco/Oakland Jury Division: | 100,000 names |
| From counties comprising the San Jose Jury Division: | 50,000 names |
| From counties comprising the Eureka Jury Division: | 12,000 names |

The Clerk is further ordered to ensure the names drawn are in the same ratio that the number of registered voters in each county within the jury division bears to the total number of registered voters in the jury division, to ensure that each county is substantially proportionally represented in the master jury wheels in accordance with 28 U.S.C. § 1863(b)(4) and the court's Jury Plan. The number of registered voters in each county was provided to this Court by the office of the California Secretary of State on August 12, 2022.

//

//

//

//

//

//

//

| San Francisco/Oakland Jury Division | | |
|---|---|---|
| County | Voter Registration List Total | County as Percentage of Division |
| Alameda | 925,925 | 29.8% |
| Contra Costa | 698,784 | 22.5% |
| Marin | 170,500 | 5.5% |
| Napa | 83,504 | 2.7% |
| San Francisco | 497,265 | 16.0% |
| San Mateo | 430,638 | 13.9% |
| Sonoma | 301,630 | 9.7% |
| **TOTAL** | **3,108,246** | **100.1%** |

| San Jose Jury Division | | |
|---|---|---|
| County | Voter Registration List Total | County as Percentage of Division |
| Monterey | 208,709 | 14.7% |
| San Benito | 37,330 | 2.6% |
| Santa Clara | 1,003,936 | 70.9% |
| Santa Cruz | 166,498 | 11.8% |
| **TOTAL** | **1,416,473** | **100.0%** |

| Eureka Jury Division | | |
|---|---|---|
| County | Voter Registration List Total | County as Percentage of Division (rounded) |
| Del Norte | 14,964 | 7.9% |
| Humboldt | 84,603 | 44.6% |
| Lake | 37,476 | 19.7% |
| Mendocino | 52,796 | 27.8% |
| **TOTAL** | **189,839** | **100.0%** |

**IT IS SO ORDERED.**

Dated: August 25, 2022

RICHARD SEEBORG
CHIEF JUDGE

United States District Court
Northern District of California

2